UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERKELEY FLOCKTON, et al.

　　　　　　　　　　Plaintiff(s)

v.

AMCO INSURANCE COMPANY, et al.

　　　　　　　　　　Defendant(s)

CASE No C 4:19-cv-00708-HSG

AMENDED

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
　Private mediation; mediator to be determined by mutual consent of the parties.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: August 30, 2019

Date: May 7, 2019　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: May 7, 2019　　　　　　　　　　/s/ Sonia Martin
　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED. Docket No. 14 is withdrawn by this order.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/15/2019　　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*