1  IVO LABAR, ESQ.
   SAWYER & LABAR LLP
2  201 Mission Street, Suite 2240
3  San Francisco, CA  94105-1839
   Telephone:  (415) 262-3820
4
   Attorneys for Plaintiffs
5  BERKELEY FLOCKTON and NANCY
   MCFARLAND
6

7  SONIA MARTIN (Bar No. 191148)
   sonia.martin@dentons.com
8  ERICA L. WILLIAMS (Bar No. 307267)
   erica.williams@dentons.com
9  DENTONS US LLP
   One Market Plaza
10 Spear Tower, 24th Floor
   San Francisco, California  94105
11 Telephone:     (415) 267-4000
   Facsimile:      (415) 267 4198
12
   Attorneys for Defendant
13 AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BERKELEY FLOCKTON, et al., | Case No. 19-cv-00708-HSG |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| AMCO INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: July 19, 2019    SAWYER & LABAR LLP

By: /s/Ivo Labar
　　IVO LABAR

Attorneys for Plaintiffs
Berkeley Flockton and
Nancy McFarland

Dated: July 19, 2019    DENTONS US LLP

By: /s/Sonia Martin
　　SONIA MARTIN

Attorneys for Defendant
AMCO Insurance Company

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 19, 2019    By /s/Sonia Martin
　　　　　　　　　　　　　　SONIA MARTIN

**IT IS SO ORDERED**.

Dated: 7/19/2019
　　　　　　　　　　　*[signature: Haywood S. Gilliam Jr.]*
　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　United States District Judge